UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Tatelman, | |
| Plaintiff, | 25-CV-10554 (AS) |
| -against- | ORDER |
| Skybell Technologies Inc., | |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's December 22, 2025 Order, Dkt. 3, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference.  To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by tomorrow, March 24, 2026.

Plaintiff is directed to serve a copy of this order on defendant by electronic means, as the delay in plaintiff's service means that defendant has yet to file an appearance.

SO ORDERED.

Dated: March 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge