UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Tatelman,

Plaintiff,

-against-

Skybell Technologies Inc.,

Defendant.

25-cv-10554 (AS)

ORDER

Arun Subramanian, United States District Judge:

Due to a scheduling conflict, the remote default hearing scheduled for July 17, 2026 is hereby ADJOURNED to **Friday, July 24, 2026**, at **2:30 PM**. The dial-in information remains the same. Plaintiff is directed to serve a copy of this order on defendant via both overnight mail and email within 2 business days of this order, and to docket proof of service within 1 business day of mailing.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge