UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Tatelman,

Plaintiff,

-against-

Skybell Technologies Inc.,

Defendant.

25-CV-10554 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **July 31, 2026**, plaintiff should provide defendant with an accounting of expenses incurred after the service of the complaint up to and including July 24, 2026. If the parties cannot reach an agreement on defendant compensating plaintiff for those expenses, plaintiff may move for appropriate relief before the Court.

By **July 31, 2026**, plaintiff should provide a good-faith settlement demand to defendant. By **August 7, 2026**, defendant should notify plaintiff of its acceptance or should provide a good-faith counteroffer.

Plaintiff should file any response to the cross-motion to vacate on or before **August 14, 2026**.

SO ORDERED.

Dated: July 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge